TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jasmin.Yang@usdoj.gov

Attorneys for Defendant and Cross-Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA SOUDER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. CV 21-00834-CBM-PVC<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

    Pursuant to Local Rule 40-2, Linda Souder, Benjamin Savanne Roth, Christopher Lewis Roth ("Plaintiffs"), Defendant/Cross-Claimant O'Connor Laguna Hills Mortuary dba O'Connor Mortuary ("O'Connor"), and Defendant and Cross-Defendant the United States of America ("United States"), by and through their undersigned counsel, file this Notice of Settlement to inform the Court that the parties have reached a settlement of this matter.

/ / /

/ / /

The parties will file a stipulation for dismissal with prejudice following the execution of the settlement agreement and the completion of settlement terms.

Dated: January 24, 2022         LAW OFFICES OF SCOTT E. SCHUTZMAN

/s/ Scott E. Schutzman
SCOTT E. SCHUTZMAN
Attorneys for Plaintiffs

Dated: January 24, 2022         HANGER, STEINBERG, SHAPIRO & ASH

/s/ Jonathan P. Cyr
JONATHAN P. CYR
Attorneys for O'Connor Laguna Hills Mortuary
dba O'Connor Mortuary

Dated: January 24, 2022         TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Jasmin Yang
JASMIN YANG
Assistant United States Attorney
Attorneys for the United States of America

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this **NOTICE OF SETTLEMENT**. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, Scott Schutzman, and O'Connor's counsel Jonathan P. Cyr, have concurred in this filing.

DATED: January 24, 2022         /s/ Jasmin Yang
_____
JASMIN YANG
Assistant United States Attorney